UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

THE HANOVER INSURANCE GROUP

v. CIVIL ACTION NO. 06-493-S-LDA

ROSALYN A. CAPALDI

**DEFENDANT'S ANSWER**
**AND DEMAND FOR JURY TRIAL**

**First Defense**

1. Admitted.

2. Admitted

3. Defendant neither admits nor denies in that defendant is without sufficient knowledge as to whether the sum in controversy exceeds the value of $75,000.

4. Without waiving its response to Paragraph 3 above, admitted.

Facts

5. Admitted.

6. Admitted.

7. Admitted.

8. Defendant neither admits nor denies in that the Indemnity Agreement speaks for itself.

9. Admitted.

10. Denied for insufficient knowledge.

11. Denied for insufficient knowledge except defendant further denies that the attorney fee, consultant fee and alleged expenses are reasonable expenses.

12. Defendant neither admits nor denies in that the referenced documents speak for themselves and, further, defendant lacks sufficient knowledge.

13. Admitted.

14. Defendant realleges its answers above for Paragraphs 1 through 13 as though fully restated herein.

15. Denied.

16. Denied.

17. Denied.

## Second Defense

Defendant denies that plaintiff exercised due care in the circumstances and plaintiff's conduct is the proximate cause of its alleged loss.

## Third Defense

Defendant affirmatively pleads failure of consideration.

## Fourth Defense

Plaintiff's action is barred to the extent that plaintiff failed and refused to mitigate damages.

## Fifth Defense

Defendant denies that plaintiff sustained damage as alleged.

**Sixth Defense**

Defendant affirmatively pleads waiver.

**Seventh Defense**

Defendant affirmatively pleads estoppel.

**Eighth Defense**

Plaintiff's claim for interest is barred by laches.

Defendant,
By Her Attorneys,
HIGGINS, CAVANAGH & COONEY, LLP.

/s/ John T. Walsh, Jr., Esq.
John T. Walsh, Jr. #0483
123 Dyer Street
Providence, RI 02903
401-272-3500
401-273-8780 (fax)
Jwalsh@hcc-law.com

**DEFENDANT HERBY CLAIMS A TRIAL BY JURY.**

CERTIFICATE OF SERVICE

I, John T. Walsh, Jr., certify that on the 12th day of December, 2006, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

Kevin C. Cain, Esq.
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110

/s/ John T. Walsh, Jr.