AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

The Hanover Insurance Group

V.

Rosalyn A. Capaldi

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**CA 06 493 S**

TO: (Name and address of Defendant)

Rosalyn A. Capaldi
116 Orchard Meadow Drive
Smithfield, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin C. Cain, Esquire
Peabody & Arnold LLP
30 Rowes Wharf
Boston, Massachusetts 02110

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE: November 15, 2006

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 12-6-06 |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE USDC Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: Rosalyn A Capaldi 116 Orchard Meadow Dr Smithfield

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☐ Other (specify): ____________

## STATEMENT OF SERVICE FEES

| TRAVEL — | SERVICES 45.00 | TOTAL 45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-6-06 [Signature]
Date — Signature of Server

4:48 pm

PO Box 7588
Address of Server
Warwick RI 02887

FILED
2006 DEC 14 P 12:48
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.