UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

| | |
|---|---|
| THE HANOVER INSURANCE GROUP,<br>Plaintiff,<br>v.<br><br>ROSALYN A. CAPALDI,<br>Defendant. | CIVIL ACTION<br>NO. 06-493-S-LDA |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The plaintiff The Hanover Insurance Group ("Hanover"), pursuant to Fed. R. Civ. P. 56, hereby moves for summary judgment on its Complaint against the defendant Rosalyn A. Capaldi ("Capaldi").

As grounds for this motion, Hanover states that there are no genuine issues of material fact and that Hanover is entitled to judgment against Capaldi as a matter of law. Capaldi executed an indemnity agreement in favor of Hanover, agreeing to indemnify Hanover for any losses which it sustained as a result of performance and payment bonds it issued on behalf of V.F. Capaldi Construction Corporation ("V.F. Capaldi"). Hanover incurred a loss totaling $94,529.95 on the bonds which it issued on behalf of V.F. Capaldi. Capaldi has failed and refused to indemnify Hanover for that loss. Hanover is entitled to judgment against Capaldi in the amount of $94,529.95, plus interest from when the loss was incurred in 2002, and attorney fees incurred in bringing this lawsuit, all as set forth in the indemnity agreement.

In support of this motion, Hanover relies on the following pleadings filed simultaneously herewith: Affidavit Of Joseph P. Quinn In Support Of Plaintiff's Motion For Summary Judgment; Plaintiff's Statement Of Undisputed Facts Regarding Its Motion For Summary Judgment; and Plaintiff's Memorandum Of Law In Support Of Its Motion For Summary Judgment.

PLAINTIFF THE HANOVER
INSURANCE GROUP
By its attorneys,

/s/ Kevin C. Cain
Kevin C. Cain, #3960
John P. Connelly, pro hac vice
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Dated: March 5, 2007

655865

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2007, the foregoing was filed electronically and is available for viewing and downloading from the ECF system.

/s/ Kevin C. Cain
Kevin C. Cain, #3960