EXHIBIT C

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | | INSURED PRINCIPAL & ADDRESS |
|---|---|---|---|---|---|
| 00 | 023035 | 01 | Surety | | V.F. Capaldi Construction Smithfield, Rhode Island |
| | POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
| | BCN-1692208 | 01 | 93 | | City of East Providence |
| | DATE OF LOSS | PAYEE | IN PAYMENT OF | | |
| | 05/03/02 | | Bond No. 1692208 provided on behalf of V.F. Capaldi for the Wampanoag Trail Water Transmission Main pursuant to Tender Agreement | | |

ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

CHECK NO. 71011541

BANKERS TRUST (DELAWARE)
WILMINGTON, DELAWARE

62-38/311

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01605

VOID AFTER 6 MONTHS

PAY → **94,804.95**

DATE ISSUED
September 26, 2002

ISSUED AT
Worcester, Massachusetts

TO THE ORDER OF
City of East Providence
Department of Finance
City Hall
145 Taunton Avenue
East Providence, Rhode Island 02914

093

SIGNATURE
Douglas K. Hanssen

000-5379

| DESCRIPTION AND CAUSE OF LOSS | | | | VEHIC. I.D./OCCUP. CLMT (WC ONLY) | | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|---|---|---|---|
| DRIVER'S NAME | | WORKERS COMPENSATION | | | | PAYMENT - MORE THAN ONE CLAIM | | | | |
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | | FEATURE | CLASS LETTER | AMOUNT | | |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | | $ | | |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | | $ | | |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | | $ | | |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | | $ | | |

| REINSURANCE | | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| YES | NO | | | | | | | | | |