EXHIBIT D

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 013035 | 01 | Surety | V.F. Capaldi Construction |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN-1602208 | 01 | 93 | | Kraviec Tree Clearing |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 05/03/02 | | work performed for V.F. Capaldi on Wampanoag Trail Water Transmission Main Project |

ALLMERICA FINANCIAL® CITIZENS INSURANCE® HANOVER INSURANCE®

CHECK NO. 71011449

BANKERS TRUST (DELAWARE) WILMINGTON, DELAWARE 62-38/311

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01605

VOID AFTER 6 MONTHS

PAY ➔ ****1,650.00****

DATE ISSUED: July 29, 2002

ISSUED AT: Worcester, Massachusetts

TO THE ORDER OF
Kraviec Tree Clearing, Inc.
60 Pineledge Road
Greenville, Rhode Island 02828

093

SIGNATURE
Douglas K. Janssen

000-6934

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. CLMT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 023035 | 01 | Surety | V.F. Capladi Construction Smithfield, Rhode Island |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN-1692208 | 01 | 93 | | Warwick Win Waterworks |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 05/03/02 | | Material supplied to V.F. Capaldi for Wampanoag Trail Water Main Project - City of Providence |

ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

CHECK NO. 71011586

BANKERS TRUST (DELAWARE)
WILMINGTON, DELAWARE

62-38
311

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01605

VOID AFTER 6 MONTHS

PAY $**39,444.99***

DATE ISSUED
October 25, 2002

ISSUED AT
Worcester, Massachusetts

TO THE ORDER OF
Warwick Win Waterworks
62 Wyoming Avenue
Warwick, Rhode Island 02888

SIGNATURE 093
Douglas K. Janssen 000-7117

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. CLMT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | | INSURED PRINCIPAL & ADDRESS |
|---|---|---|---|---|---|
| 00 | 0230355 | 01 | Surety | | V. F. Capaldi Construction<br>Smithfield, Rhode Island |
| | **POLICY NUMBER** | **CO** | **STAFF** | **CAT. NO.** | **CLAIMANT OR OBLIGEE NAME** |
| | BCN-1692208 | 01 | 93 | | U.S. Pipe & Foundry, Inc. |
| | **DATE OF LOSS** | **PAYEE** | **IN PAYMENT OF** | | |
| | 05/03/02 | | Material supplied to V.F. Capaldi for Wampanoag Trail Water Transmission Main Project | | |

ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

CHECK NO. 71011542

BANKERS TRUST (DELAWARE)
WILMINGTON, DELAWARE

62-38/311

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01605

VOID AFTER 6 MONTHS

PAY→**171,614.33**

DATE ISSUED
September 27, 2002

ISSUED AT
Worcester, Massachusetts

TO THE ORDER OF
U. S. Pipe & Foundry Company, Inc.
3300 First Avenue North
Birmingham, Alabama 35222

[signature] 093

SIGNATURE
Douglas K. Janssen 000-5379

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. CLMT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 023035 | 01 | Surety | V.F. Capaldi Construction<br>Smithfield, Rhode Island |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN-1692208 | 01 | 93 | | U.S. Pipe & Foundry, Inc. |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 05/03/02 | | Full & Final Payment for material supplied to V.F. Capaldi for Wampanoag Trail Water Project |

ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

CHECK NO. 71011618

BANKERS TRUST (DELAWARE)
WILMINGTON, DELAWARE

62-38
311

**The Hanover Insurance Company**

Executive Office: Worcester, Massachusetts 01605

VOID AFTER 6 MONTHS

PAY→***5,000.00***

DATE ISSUED: November 26, 2002

ISSUED AT: Worcester, Massachusetts

TO THE ORDER OF
U. S. Pipe and Foundry Company, Inc.
3300 First Avenue North
Birmingham, Alabama 35222

093

SIGNATURE
Douglas K. Janssen

000-3352

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. CLMT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |