EXHIBIT E

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 023035 | 01 | Surety | V.F. Capaldi Construction<br>Smithfield, Rhode Island |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN01692208 | 01 | 93 | | City of East Providence |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 05/03/02 | | Invoices 04256 & 12998 for services rendered on file<br>FID NO.: 04-3263460 |

ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

CHECK NO. 71011502

BANKERS TRUST (DELAWARE)
WILMINGTON, DELAWARE

62-38
311

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01605

VOID AFTER 6 MONTHS

PAY→***5,590.56***

DATE ISSUED
September 12, 2002

ISSUED AT
Worcester, Massachusetts

TO THE ORDER OF
Vertex Engineering Services, Inc.
400 Libbey Parkway
Weymouth, Massachusetts 02189

093

SIGNATURE
Douglas K. Janssen

000-5379

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. CLMT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 023035 | 01 | Surety | V.F. Capaldi Construction<br>Smithfield, Rhode Island |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN-1692208 | 01 | 93 | | City of East Providence |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 05/03/02 | | Invoice No.: 11213 for professional services rendered FID NO.: 05-0423302 |

ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

CHECK NO. **71011505**

BANKERS TRUST (DELAWARE)
WILMINGTON, DELAWARE

62-38/311

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01605

VOID AFTER 6 MONTHS

PAY → *****$[illegible]***

DATE ISSUED
September 12, 2002

ISSUED AT
Worcester, Massachusetts

093

SIGNATURE
Douglas K. Janssen

000-5379

TO THE ORDER OF
Heald & Associates
606 Old Colony House
58 Weybosset Street
Providence, Rhode Island 02903-2817

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. CLMT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 0230353 | 01 | Surety | V.F. Capaldi Construction<br>Smithfield, Rhode Island |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN-1692208 | 01 | 93 | | City of East Providence |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 05/03/02 | | InvoiceNNo.: 20876 for professional services rendered<br>FID NO.: 04-3288748 |

ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

CHECK NO. 71011506

BANKERS TRUST (DELAWARE)
WILMINGTON, DELAWARE

62-38
311

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01605

VOID AFTER 6 MONTHS

PAY → *** 4,468.00***

DATE ISSUED
September 12, 2002

ISSUED AT
Worcester, Massachusetts

093

SIGNATURE
Douglas K. Janssen

000-5379

TO THE ORDER OF
Cetrulo & Capone, LLP
Two Seaport Lane
Boston, Massachusetts 02210

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. CLMT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | | INSURED PRINCIPAL & ADDRESS |
|---|---|---|---|---|---|
| 00 | 023035 | 01 | Surety | | V.F. Capaldi Construction<br>Smithfield, Rhode Island |
| POLICY NUMBER | | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
| BCN-1692208 | | 01 | 93 | | City of East Providence |
| DATE OF LOSS | | PAYEE | IN PAYMENT OF | | |
| 05/03/02 | | | Invoice No. 11352 for professional services rendered<br>FID NO.: 05-0423302 | | |

ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

CHECK NO. 71011543

BANKERS TRUST (DELAWARE)
WILMINGTON, DELAWARE

62-38/311

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01605

VOID AFTER 6 MONTHS — PAY ***4,637.09***

DATE ISSUED: September 27, 2002

ISSUED AT: Worcester, Massachusetts

TO THE ORDER OF
Heald & Associates
606 Old Colony House
58 Weybosset Street
Providence, Rhode Island 02903-2817

093

SIGNATURE
Douglas K. Janssen

000-5379

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. CLMT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 023035 | 01 | Surety | V.F. Capaldi Construction<br>Smithfield, Rhode Island |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN-1692208 | 01 | 93 | | City of East Providence |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 05/03/02 | | Payment in Full for Invoice #04256-00-0013171 for services<br>FID NO.: 04-3263460 |

ALLMERICA FINANCIAL® CITIZENS INSURANCE® HANOVER INSURANCE®

CHECK NO. **71011547**

BANKERS TRUST (DELAWARE)
WILMINGTON, DELAWARE

62-38 / 311

**The Hanover Insurance Company**
**Executive Office: Worcester, Massachusetts 01605**

VOID AFTER 6 MONTHS

PAY → ****217.42****

DATE ISSUED: October 3, 2002

ISSUED AT: Worcester, MA

TO THE ORDER OF
Vertex Engineering Services
400 Libbey Parkway
Weymouth, Massachusetts 02189

[signature] 093

SIGNATURE
Douglas K. Janssen 000-7117

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. CLMT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

DRIVER'S NAME

AGENT

CITY

STATE

UNDERWRITING OFFICE

| | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|
| | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 023035 | 01 | Surety | V.F. Capaddi Construction Smithfield, Rhode Island |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN-1692208 | 01 | 93 | | City of East Providence |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 03/05/02 | | Invoice No.: 21128 for professional services rendered FID NO.: 04-3288748 |

ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

CHECK NO. 71011587

BANKERS TRUST (DELAWARE) WILMINGTON, DELAWARE 62-38/311

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01605

VOID AFTER 6 MONTHS PAY → ****899.52****

DATE ISSUED
October 25, 2002

ISSUED AT
Worcester, Massachusetts

TO THE ORDER OF
Cetrulo & Capone, LLP
Two Seaport Lane
10th Floor
Boston, Massachusetts 02210

093

SIGNATURE
Douglas K. Janssen

000-7117

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. CLMT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 023035 | 01 | Surety | V.F. Capaldi Construction<br>Smithfield, Rhode Island |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN-1692208 | 01 | 93 | | City of East Providence |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 05/03/02 | | Invoices 13399 & 13641 for professioanl services |

ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

CHECK NO. 71011683

BANKERS TRUST (DELAWARE)
WILMINGTON, DELAWARE

62-38/311

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01605

VOID AFTER 6 MONTHS PAY→****1,723.69*****

DATE ISSUED
December 27, 2002

ISSUED AT
Worcester, Massachusetts

TO THE ORDER OF
Vertex Engineering Services, Inc.
400 Libbey Parkway
Weymouth, Massachusetts 02189

093

SIGNATURE
Douglas K. Janssen

000-1225

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. CLMT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 023035 | 01 | Surety | V.F. Capaldin Construction<br>Smithfield, Rhode Island |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN-1692208 | 01 | 93 | | City of East Providence |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 05/03/02 | | Invoices 21389 & 21633<br>professional services rendered<br>FID NO.: 04-3288748 |

ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

CHECK NO. 71011684

BANKERS TRUST (DELAWARE)
WILMINGTON, DELAWARE

62-38
311

**The Hanover Insurance Company**
**Executive Office: Worcester, Massachusetts 01605**

VOID AFTER 6 MONTHS

PAY→***5,035.38***

DATE ISSUED: December 27, 2002

ISSUED AT: Worcester, Massachusetts

TO THE ORDER OF
Cetrulo & Capone, LLP
Two Seaport Lane, 10th Floor
Boston, Massachusetts 02210

093

SIGNATURE
Douglas K. Janssen

000-1225

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. CLMT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE | | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| YES | NO | | | | | | | | | |

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 023035 | 01 | Surety | V.F. Capaldi Construction Smithfield, Rhode Island |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN-1692208 | 01 | 93 | | City of East PRovidence |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 05/03/02 | | all invoices to date including 10253 - services on file FID NO.: 050423302 |

ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

CHECK NO. 71011685

BANKERS TRUST (DELAWARE)
WILMINGTON, DELAWARE
62-38/311

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01605

VOID AFTER 6 MONTHS

PAY ****20,852.27***

DATE ISSUED
December 27, 2002

ISSUED AT
Worcester, Massachusetts

TO THE ORDER OF
Heald & Associates
606 Old Colony House
58 Weybosset Street
Providence, Rhode Island 02903-2817

[signature] 093
SIGNATURE
Douglas K. Janssen 000-1225

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. CLMT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 023035 | 01 | Surety | V.F. Capaldi Construction Smithfield, Rhode Island |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN-1692208 | 01 | 93 | | City of East Providence |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 05/03/02 | | Invoices 23466,23092,22841, 22570,22308 & 22009 - services FID NO.: 04-3288748 |

ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

CHECK NO. 71038592

BANKERS TRUST (DELAWARE)
WILMINGTON, DELAWARE

62-38
311

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01605

VOID AFTER 6 MONTHS

PAY→ ***2,459.47***

DATE ISSUED
June 2, 2003

ISSUED AT
Worcester, Massachusetts

093

SIGNATURE
Douglas K. Janssen 000-0991

TO THE ORDER OF
Cetrulo & Capone, LLP
Two Seaport Lane, 10th Floor
Boston, Massachusetts 02210

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. CLMT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

CHECK NO. 71038942

BANKERS TRUST (DELAWARE)
WILMINGTON, DELAWARE
62-38/311

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01605

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | | INSURED PRINCIPAL & ADDRESS |
|---|---|---|---|---|---|
| 00 | 023035 | 01 | Surety | | V.V. Capaldi Construction |
| | POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
| | BCN-1692208 | 01 | 93 | | City of East Providence |
| | DATE OF LOSS | PAYEE | IN PAYMENT OF | | |
| | 05/03/02 | | Invoices 22221 & 25597 professional services rendered FID NO0: 04-3288748 | | |

VOID AFTER 6 MONTHS — PAY → ****222.25****

DATE ISSUED: January 26, 2008

ISSUED AT: Worcester, Massachusetts

TO THE ORDER OF
Cetrulo & Capone, LLP
Two Seaport Lane
Boston, Massachusetts 02210

SIGNATURE: [signature] 093
Douglas K. Janssen 000-0065

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. CLMT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 023035 | 01 | Surety | V.F. Capaldi Construction<br>Smithfield, Rhode Island |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN-1692208 | 01 | 93 | | City of East Providence |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 05/03/02 | | Invoices 23876 & 24881<br>professional services rendered<br>FED NO.: 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 |

ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

CHECK NO. 71038767

BANKERS TRUST (DELAWARE)
WILMINGTON, DELAWARE

62-38
311

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01605

VOID AFTER 6 MONTHS

PAY→ ****827.05****

DATE ISSUED
October 30, 2003

ISSUED AT
Worcester, Massachusetts

TO THE ORDER OF
Cetrulo & Capone, LLP
Two Seaport Lane
Boston, Massachusetts 02210

SIGNATURE
Douglas K. Janssen

093

000-7006

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. CLMT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 023035 | 01 | Surety | V.F. Capaldi Construction<br>Smithfield, Rhode Island |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN-1692209 | 01 | 94 | | City of East Providence |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 05/03/02 | | Invoice 28789<br>professional services rendered<br>FID NO.: 04-3288748 |

ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

CHECK NO. 71048739

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

62-38
311

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01605

VOID AFTER 6 MONTHS

PAY → ***1,038.30***

DATE ISSUED
October 29, 2004

ISSUED AT
Worcester, Massachusetts

094

SIGNATURE
Ronald E. Ritlan

000-0503

TO THE ORDER OF
Cetrulo & Capone, LLP
Two Seaport Lane
Boston, Massachusetts 02210

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. CLMT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |