UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
RHODE ISLAND AND PROVIDENCE PLANTATIONS

| | | |
|---|---|---|
| THE HANOVER INSURANCE GROUP | : | |
| | : | |
| VS. | : | C.A. NO. 06-493-S-LDA |
| | : | |
| ROSALYN A. CAPALDI | : | |

**STIPULATION**

It is hereby agreed that defendant shall have up to and including April 14, 2007 within which to file its response to plaintiff's motion for judgment.

/s/ Kevin C. Cain

Kevin C. Cain, Esq., 3960
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
617-951-2100

/s/ John F. Kelleher

John F. Kelleher, Esq., #3854
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
401-272-3500

Dated: March 22, 2007