UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

| | |
|---|---|
| THE HANOVER INSURANCE GROUP,<br>Plaintiff,<br><br>v.<br><br>ROSALYN A. CAPALDI,<br>Defendant. | CIVIL ACTION<br>NO. 06-493-S-LDA |

**AGREEMENT FOR JUDGMENT – EXECUTION TO ISSUE**

It is hereby agreed that the following entry be made in the above-entitled action:

> Judgment for the plaintiff in the sum of $60,000.00, without costs, and all rights of appeal waived and execution to issue forthwith. This $60,000.00 shall be reduced by the total amounts paid to the plaintiff according to the Settlement Agreement entered into by the parties on ~~April~~ May 23, 2007.

PLAINTIFF THE HANOVER INSURANCE GROUP
By its attorney,

Kevin C. Cain, #3960
John P. Connelly, pro hac vice
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Dated: ~~April~~ May 23, 2007

DEFENDANT ROSALYN A. CAPALDI
By her attorney,

John T. Walsh, Jr., #0483
HIGGINS, CAVANAUGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500

ENTER W Smith
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 5/31/07